IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
01 SEP 28 PM 2:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
SEP 28 2001

| | |
|---|---|
| RONALD RICKS, | ) |
| Plaintiff, | ) |
| vs. | ) CV-99-C-0992-S |
| JEFFERSON COUNTY SHERIFF'S DEPARTMENT, ET AL., | ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 14, 2001, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. No objections have been filed by any party.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is

---

[1] The copy of the report and recommendation entered in this action mailed to the plaintiff at the last address given to the court was returned marked "Return To Sender No Longer At This Address".

due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 26th day of September, 2001.

_____
U. W. CLEMON
CHIEF U. S. DISTRICT JUDGE